**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY WALLACE,**

               **Plaintiff,**

**-vs-**                                                            **Case No.  6:05-cv-946-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 12)** |
| **FILED:** | **February 21, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) "for the administrative law judge to schedule a supplemental hearing, elicit testimony from a vocational expert, and allow Plaintiff to testify and present additional evidence." Doc. No. 12 at 1. Plaintiff Larry Wallace does not oppose the motion. *Id*.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2006

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties