**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY WALLACE,**

      **Plaintiff,**

-vs-                    Case No. 6:05-cv-946-Orl-KRS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (Doc. No. 15)** |
| **FILED:** | May 23, 2006 |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **UNCONTESTED AMENDED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (Doc. No. 16)** |
| **FILED:** | May 24, 2006 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Larry Wallace, seeks an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on February 22, 2006. Doc. No. 14. An award of fees, expenses, and costs is, therefore, ripe for consideration.

Wallace's attorney seeks $2,435.07 in attorney's fees for 15.50 hours of work. The hourly rate he seeks is $156.79 for work performed in 2005, and $159.20 for work performed in 2006 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Wallace, I find that the fees requested are appropriate in the absence of objection.

Wallace also seeks reimbursement for $34.25 in expenses and $250.00 in costs. The Commissioner does not oppose these expenses and costs. I find that these expenses and costs are reasonable in the absence of objection.

It is, therefore, **ORDERED** that Wallace is awarded $2,435.07 in attorney's fees, $34.25 in expenses, and $250.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties